UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS STEWART,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No. 23-cv-05790-VKD<br><br>**ORDER CONTINUING SHOW CAUSE HEARING RE SETTLEMENT AND RELATED DEADLINES**<br><br>Re: Dkt. No. 10 |

Based on defendant's January 16, 2024 response (Dkt. No. 10), the Court continues the deadlines set in its November 14, 2023 Order to Show Cause re Settlement (Dkt. No. 8) as follows:

On or before **March 15, 2024**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41. If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **March 26, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file an updated status report no later than **March 19, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 17, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge